UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL S. GREVIOUS III,

        Plaintiff,                        Case No.  4:06cv20

v.                                         Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on December 11, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 11, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that decision of the Commissioner is **AFFIRMED**.


                                                      /s/Gordon J. Quist
                                                   Hon. Gordon J. Quist
                                                   U.S. District Judge

Dated:  January 17, 2007